THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FARIDA B. RAHMAN, | : |
| | : CIVIL ACTION NO. 3:23-CV-487 |
| Plaintiff, | : |
| | : (JUDGE MARIANI) |
| v. | : (Magistrate Judge Saporito) |
| | : |
| RICHARD M. HUGHES, III, | : |
| | : |
| Defendant. | : |

**ORDER**

AND NOW, THIS 19th DAY OF APRIL 2023, upon *de novo* review of Magistrate Judge Joseph F. Saporito's Report and Recommendation ("R&R") (Doc. 4), Plaintiff's objections thereto (Doc. 5), and all relevant documents, **IT IS HEREBY ORDERED THAT**:

1. Plaintiff's Objections (Doc. 5) are **OVERRULED**;

2. The R&R (Doc. 4) is **ADOPTED** for the reasons set forth therein;

3. This matter is **REMANDED** to the Luzerne County Court of Common Pleas;

4. Plaintiff's application to proceed in forma pauperis (Doc. 7) is **DEEMED MOOT**;[1]

5. The Clerk of Court is directed to **CLOSE** the federal action.

---

[1] Following Plaintiff's removal of this action to federal court, Plaintiff filed a complaint on April 11, 2013. (Doc. 6.) For the reasons set forth in the R&R explaining why this matter must remanded to state court (*see* Doc. 4 at 3-4), Plaintiff's complaint constitutes is an improper filing. If Plaintiff wishes to institute an action in this Court, she may do so only by filing a separate action in this Court.

6. The Clerk of Court is directed to mail a certified copy of this order of remand to the Clerk of the Court of Common Pleas of Luzerne County.

_____
Robert D. Mariani
United States District Judge